| Information to identify the case: | | |
|---|---|---|
| Debtor: JBJ Distributors, LLC (Name) | EIN: 87–3794658 | |
| United States Bankruptcy Court: Eastern District of Texas | Date case filed for chapter: 7  11/14/23 | |
| Case number: 23–10459 | | |

## Official Form 309C (For Corporations or Partnerships)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | JBJ Distributors, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1036 Nederland Ave.<br>Nederland, TX 77627 | |
| 4. | **Debtor's attorney**<br>Name and address | Frank J. Maida<br>Maida Clark Law Firm, P.C.<br>4320 Calder Avenue<br>Beaumont, TX 77706–4631 | Contact phone (409) 898–8200<br><br>Email: docs@maidaclarklaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Stephen J. Zayler<br>123 E. Lufkin Avenue<br>PO Box 150743<br>Lufkin, TX 75915–0743 | Contact phone (936) 634–1020<br><br>Email: zayler@suddenlinkmail.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 300 Willow<br>Suite 112<br>Beaumont, TX 77701 | Hours open:<br>8:00 – 4:00<br><br>Contact phone 409–839–2617<br><br>Date: 11/15/23 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **December 15, 2023 at 10:45 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Telephonic Dial–In Information,<br>https://www.txeb.uscourts.gov/341info** |
| 8. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

NOTICE: Pursuant to L.R.B.P. 6007 the Trustee may announce at this meeting his intention to abandon specific property of the estate having a total value of not more than $1500.

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

United States Bankruptcy Court
Eastern District of Texas

| | |
|---|---|
| In re: | Case No. 23-10459-jps |
| JBJ Distributors, LLC | Chapter 7 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0540-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 15, 2023 | Form ID: 309C | Total Noticed: 13 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | JBJ Distributors, LLC, 1036 Nederland Ave., Nederland, TX 77627-2835 |
| 8337271 | + | CMI Enterprises, LLC, c/o Foster Yarborough, 917 Franklin, Suite 220, Houston, Texas 77002-1741 |
| 8337278 | + | Water Solutions Unlimited, P. O. Box 157, 8824 Union Mills Drive, Camby, IN 46113-9705 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: docs@maidaclarklaw.com | Nov 16 2023 00:12:00 | Frank J. Maida, Maida Clark Law Firm, P.C., 4320 Calder Avenue, Beaumont, TX 77706-4631 |
| tr | | EDI: QSJZAYLER.COM | Nov 16 2023 05:04:00 | Stephen J. Zayler, 123 E. Lufkin Avenue, PO Box 150743, Lufkin, TX 75915-0743 |
| ust | + | Email/Text: ustpregion06.ty.ecf@usdoj.gov | Nov 16 2023 00:14:00 | US Trustee, Office of the U.S. Trustee, 110 N. College Ave., Suite 300, Tyler, TX 75702-7231 |
| 8337270 | + | Email/Text: bcd@oag.texas.gov | Nov 16 2023 00:13:00 | Attorney General, Taxation Division - Bankruptcy, Box 12548 - Capitol Station, Austin, TX 78711-2548 |
| 8337272 | | EDI: IRS.COM | Nov 16 2023 05:04:00 | Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 8337273 | + | Email/Text: taxlitigation@jeffcotx.us | Nov 16 2023 00:14:00 | Jefferson County TAC, P. O. Box 2112, Beaumont, TX 77704-2112 |
| 8337274 | | Email/Text: bcd@oag.texas.gov | Nov 16 2023 00:13:00 | State Comptroller of Texas, c/o Office of the Attorney General, P. O. Box 12548, Austin, TX 78711-2548 |
| 8337275 | + | Email/Text: collections.pacer@twc.texas.gov | Nov 16 2023 00:14:00 | Texas Workforce Commission, TWC Building - Tax Dept., Austin, TX 78778-0001 |
| 8337276 | + | Email/Text: ustpregion06.ty.ecf@usdoj.gov | Nov 16 2023 00:14:00 | U. S. Trustee's Office, 300 Plaza Tower, 110 N. College Avenue, Tyler, Texas 75702-7226, Attn: Timothy W. O'Neal |
| 8337277 | | Email/Text: USATXE.BankECFBmt@usdoj.gov | Nov 16 2023 00:13:00 | United States Attorney, Eastern District of Texas, 550 Fannin, Suite 1250, Beaumont, Texas 77701 |

TOTAL: 10

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 17, 2023           Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Frank J. Maida | on behalf of Debtor JBJ Distributors  LLC docs@maidaclarklaw.com |
| Stephen J. Zayler | zayler@suddenlinkmail.com  szayler@ecf.axosfs.com |
| US Trustee | USTPRegion06.TY.ECF@USDOJ.GOV |

TOTAL: 3