

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JBJ DISTRIBUTORS, LLC | § | CASE NO. 23-10459 |
|     DEBTOR | § | |

## ORDER GRANTING TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 2 FILED BY WATER SOLUTIONS UNLIMITED

ON THIS DATE the Court considered the Trustee's Objection to Proof of Claim No. 2 filed by William Ferrell, Jr, Director, Water Solutions Unlimited ("Claimant") on or about January 30, 2024, a unsecured claim in the amount of $316,533.00. Court finds that the objection to claim was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate thirty (30) days negative notice language, pursuant to Local Rule of Bankruptcy Procedure 9007, which direct the Claimant to file a written response within thirty (30) days or the objection to claim would be deemed by the Court to be unopposed. Due to the failure of the Claimant to file a timely written response to the objection, the Court deems the Trustee's objection to claim to be unopposed, and therefore, the Court finds that good cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the Trustee's Objection to the Proof of Claim No. 2 filed by Claimant is **SUSTAINED** in part and that Claim No. 2 filed by William Ferrell, Jr, Director, Water Solutions Unlimited is hereby **DISALLOWED** as a unsecured claim against the Estate in the amount of $316,533.00. The claim is **ALLOWED** as a general unsecured claim in the amount of $252,800.80.

Signed on 9/17/2024

_____
THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE